ORDERED in the Southern District of Florida on _____ SEP 2 8 2007

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Ilona Mandelbaum

     Debtor.

_____/

Case No.: 07-10958
Chapter 7

**ORDER ON CREDITOR, JOANNE ROTHSCHILD'S MOTION TO DISMISS DEBTOR,
ILONA MANDELBAUM'S
CHAPTER 7 BANKRUPTCY PETITION**

THIS CAUSE having come before the Court on the 14th day of September, 2007, on Creditor,

JOANNE ROTHSCHILD's Motion to Dismiss Debtor, Ilona Mandelbaum's Chapter 7 Bankruptcy

Petition, and the Court having heard the arguments of counsel, having heard the testimony of the

witnesses, having reviewed the evidence, the record in this case, the applicable law, and being

otherwise fully advised in the premises, in making its ruling, the Court finds that:

1.    Debtor, Mandelbaum filed a Chapter 7 Bankruptcy Petition on or about February 14,

2007.

2.    On or about April 6, 2007, Creditor, Joanne Rothschild filed a Motion to Dismiss

In re: Mandelbaum
Case No.: 07-10958; Chapter 7
Order Dismissing Debtor, Ilona Mandelbaum's Chapter 7 Bankruptcy Petition, as to Creditor, Joanne Rothschild
Page 2

Debtor's Chapter 7 Bankruptcy, alleging, among other things,  1) the Debtor filed two (2) prior bankruptcy petitions under two (2) different assumed names and under two (2) different Social Security Numbers; 2) the Debtor filed bankruptcy in response to judgments, pending litigation and/or collection action by Creditors, Joanne Rothschild and C. Cordell Adams; 3) the debtor failed to provide full disclosure of her income; 4) the debtor failed to disclose all of her debts and assets; 5) the debtor made no life-style adjustments and has continued living an expensive or lavish life-style after filing bankruptcy; and 5) the debtor employed a deliberate and persistent pattern of evading major creditors, including Joanne Rothschild and C. Cordell Adams.  *See In re McDaniel*, 350 B.R. 616, 619 (Bankr. M.D. Fla. 2006); *In re Davidoff*, 185 B.R. 631, 636 (Bankr. S.D.Fla. 1995).

## FINDINGS OF FACT

3.    *In re McDaniel*, 350 B.R. 616, 619 (Bankr. M.D. Fla. 2006), and *In re Davidoff*, 185 B.R. 631, 636 (Bankr. S.D.Fla. 1995), provides the criteria for the Court to determine that this case should be dismissed.

4.    Based on the criteria, the Court determines that Debtor, Mandelbaum filed Chapter 7 Bankruptcy seeking to utilize the protections of the Bankruptcy Code in response to a judgment received by Creditor, Joanne Rothschild, and a pending litigation filed by Creditor, C. Cordell Adams.

5.    By filing for Chapter 7 Bankruptcy protection, Debtor, Mandelbaum intended to avoid paying debts she owed to Creditors, Joanne Rothschild and C. Cordell Adams,

In re: Mandelbaum
Case No.: 07-10958; Chapter 7
Order Dismissing Debtor, Ilona Mandelbaum's Chapter 7 Bankruptcy Petition
Page 3

although Debtor, Mandelabum had sufficient resources to repay the debts she owed

to her creditors.

6.     Debtor, Mandelbaum has employed a deliberate and persistent pattern of evading

payment to her creditors, failed to make candid and full disclosure of this bankruptcy

to her creditors, and included false statements on her bankruptcy schedules.

7.     In addition, Debtor, Mandelbaum failed to make any lifestyle adjustments prior to or

subsequent to filing bankruptcy.  In fact, Debtor traded in a vehicle she owned to

purchase another vehicle less than six (6) months prior to filing bankruptcy, rather

then using the excess funds to pay or attempt to pay her creditors.

8.     Debtor, Mandelbaum used corporate funds of Sunshine Flea Market of West Palm

Beach, Inc. and Palm Beach Affair, Inc. to maintain her lifestyle and pay for her

personal expenses, without seeking permission from the corporations' shareholders,

and failed to disclose said payments as income on her bankruptcy schedules.

THEREFORE, based on the foregoing, it is hereby:

**ORDERED AND ADJUDGED** that said Motion is GRANTED.  Debtor, Mandelbaum's

Chapter 7 Bankruptcy Petition is Dismissed, with one year prejudice. The automatic stay, pursuant to 11 USC

§ 362, is dissolved..

**IT IS FURTHER ORDERED AND ADJUDGED** that the trustee is awarded attorney's

fees and costs.  The trustee's attorney's fees and costs will be paid from any monies the trustee was

In re: Mandelbaum,
Case No.: 07-10958; Chapter 7
Order Dismissing Debtor, Ilona Mandelbaum's Chapter 7 Bankruptcy Petition
Page 4

able to collect on behalf of the bankruptcy estate. The Court shall retain jurisdiction to award the

trustee appropriate attorney's fees and costs.

### ###

Submitted by:

**MARK R. OSHEROW,** FBN.: 997013
mosherow@osherowlaw.com
**OSHEROW, SHINER & ASSOCIATES, P.A.**
*Counsel for Creditor, Joanne Rothschild and*
*Counsel for Creditor, C. Cordell Adams, M.D.*
Compson Financial Center
980 N. Federal Hwy., Ste. 301
Boca Raton, FL 33432
Telephone    (561) 477-5054
Facsimile    (561) 477-3661

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

## SERVICE LIST

**Michael R. Bakst**
*Trustee*
Elk Christu & Bakst, LLC
PMB 702, 222 Lakeview Ave.#160,
West Palm Beach, FL 33401
Phone    (561) 238-9900
Facsimile (561) 238-9920
trustee@ebclaw.com

**Steve Turner**
*Asst. U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave., Ste. 1204
Miami, FL 33130
Phone    (305) 536-7285
Facsimile (305) 536-7360

In re: Mandelbaum,
Case No.: 07-10958; Chapter 7
Order Dismissing Debtor, Ilona Mandelbaum's Chapter 7 Bankruptcy Petition
Page 5

**Robert S. Kahane, Esq.**
Counsel for the Mortgagee
Kahane & Associates, P.A.
1815 Griffin Rd., Ste. 200
Dania Beach, FL 33004-2252
Phone      (954) 920-4000
Facsimile (954) 920-2999
rkahane@kahaneandassocaites.com

**Brian McMahon, Esq.**
Counsel for Debtor
Law House
650 E. Sample Road
          Phone      (954) 725-4600
Facsimile (954) 545-8262
briankmcmahon@gmail.com

**Notice will be forwarded by First Class Mail to:**

**Wetdog, LLC**
c/o Plymouth Park Tax Services, LLC
35 Airport Road, Ste. 150
Morristown, NJ 07960